# SUPREME COURT.

NANCY BARBER and another agt. JAMES H. GOODELL and others.

*Proof of service — death of deputy sheriff — substituted proof.*

Where the summons and other papers were placed in the hands of a deputy sheriff, which he served, but died before making proof of service; on affidavits showing statements made by the deputy while he was sick, as to service, and the times and places, the sheriff was directed to make proof of service, under his certificate, in accordance with such affidavits.

*Oneida Special Term, April,* 1877.

MOTION to substitute proof of service. The summons and other papers were placed in the hands of a deputy sheriff for service on the defendants residing in his county, and he served them but died before making proof of service.

Affidavits were read on the motion showing statements made by the deputy sheriff, while he was sick and confined to his bed, as to service, and the times and places; of a defendant corroborating the statements so made, and others to the same effect.

*S. L. Seabrook*, for motion.

HARDIN, *J.*— Ordered that the affidavits be filed and that the sheriff of the county, in which the service was made, make proof of service, under his certificate, according to the affidavits read on the motion.